IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEGIATE LICENSING COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 2024 FAST CLEARANCE SALE, et al., <br><br> Defendants. | Case No. 25-cv-06079 <br><br> **Judge Manish S. Shah** |

## CONSENT JUDGMENT

This action having been commenced by Plaintiff Collegiate Licensing Company, LLC ("Plaintiff") against 2024 FAST Clearance SALE (No. 1), Ainguu Art (No. 4), Bellelement (No. 6), dongyu clo (No. 11), fengshu-US (No. 13), FIRSTROAD (No. 14), flwlyyf (No. 15), Audacious Fashion Styles (No. 46), BoldBespoke (No. 59), CGYRT (No. 68), ClassicCult (No. 75), conisi ChicTQueen (No. 79), consists (No. 80), CrazyBabyc (No. 84), CrazyMum (No. 86), Diy A Boutique (No. 92), DIY A Fashioner (No. 93), DIY TShirt local (No. 94), E Boutique Bliss (No. 98), Eisenshop (No. 101), Ember Lace (No. 103), Fashion Leeugurs (No. 106), and HAPPY GO TO YOU (No. 112) (the "Defendants). Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint.

This Court also finds, based on Defendants' consent to judgment, that it has personal jurisdiction over the Defendants and Defendants have sold products using infringing and counterfeit versions of the CLC Protected Trademarks. A non-exclusive list of the CLC Protected Trademarks is included in the below chart.

1

| MICHIGAN U.S. Reg. Nos. 4,764,581; 1,310,132 | WOLVERINES U.S. Reg. No. 2,357,021 | M GO BLUE U.S. Reg. Nos. 2,781,716; 1,307,632 | U.S. Reg. No. 1,364,137 |
|---|---|---|---|
| TENNESSEE U.S. Reg. No. 1,368,639 | VOLUNTEERS U.S. Reg. No. 1,390,743 | VOLS U.S. Reg. No. 4,514,016; 1,335,456 | U.S. Reg. No. 2,445,722 |

This Court further finds that Defendants are liable for willful false designation of origin (15 U.S.C. § 1125(a)).

The Court further orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the CLC Protected Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CLC product or not authorized by Plaintiff to be sold in connection with the CLC Protected Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine CLC product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CLC Protected Trademarks;

2

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the CLC Protected Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Pursuant to the parties' settlement agreement, Defendant 2024 FAST Clearance SALE (No. 1) shall pay Plaintiff $11,400 (the "Damages Amount").

3. Amazon.com, Inc. ("Amazon") is ordered to transfer the Damages Amount from Defendant 2024 FAST Clearance SALE's (No. 1) accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. Upon Amazon's transfer of the Damages Amount to Plaintiff pursuant to paragraph 2 and 3, Amazon shall remove any restraints that were placed on Defendant 2024 FAST Clearance SALE's (No. 1) e-commerce stores and financial accounts pursuant to the Temporary Restraining Order [2].

5. Upon receipt of this Order, Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), WhaleCo Inc. ("Temu") and Walmart, Inc. ("Walmart") shall remove any restraints that were placed on Defendants Ainguu Art's (No. 4), Bellelement's (No. 6), dongyu clo's (No. 11), fengshu-US' (No. 13), FIRSTROAD's (No. 14), flwlyyf's (No. 15), Audacious Fashion Styles' (No. 46), BoldBespoke's (No. 59), CGYRT's (No. 68), ClassicCult's

(No. 75), conisi ChicTQueen's (No. 79), consists' (No. 80), CrazyBabyc's (No. 84), CrazyMum's (No. 86), Diy A Boutique's (No. 92), DIY A Fashioner's (No. 93), DIY TShirt local's (No. 94), E Boutique Bliss' (No. 98), Eisenshop's (No. 101), Ember Lace's (No. 103), Fashion Leeugurs' (No. 106), and HAPPY GO TO YOU's (No. 112) e-commerce stores and financial accounts pursuant to the Temporary Restraining Order [25].

6. This case is dismissed with leave to reinstate as to Defendants within one hundred and eighty (180) days, at such time, absent a motion to reinstate, shall automatically convert to a dismissal with prejudice.

7. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: September 2, 2025

Manish S. Shah
United States District Judge